# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| A + RESTORATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Defendant. ) | Case No. CV416-122 |

## O R D E R

The Court having reviewed and considered the petition of Hilary W. Hunter of the law firm of Isenberg & Hewitt, PC, 6600 Peachtree Dunwoody Road, 600 Embassy Row, Suite 150, Atlanta, Georgia 30328, for permission to appear pro hac vice on behalf of defendant Liberty Mutual Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Hilary W. Hunter as counsel of record for defendant Liberty Mutual Insurance Company, in this case.

**SO ORDERED** this __9th__ day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA