# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| A+ RESTORATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV416-122 |
| ) | |
| LIBERTY MUTUAL FIRE INS. CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Discovery in this case was stayed once before while defendant's motion to dismiss was pending (doc. 21); after the District Judge denied its motion (doc. 22), defendant filed a renewed motion to dismiss for failure to state a claim (doc. 23). Pending the outcome of its motion to dismiss, defendant asks that discovery be stayed to "avoid the burden and expense associated with conducting what will likely prove to be unnecessary discovery." Doc. 25 at 3.

Because discovery may be significantly narrowed -- or entirely obviated -- in this matter by the Court's decision on defendant's pending motion to dismiss, a stay of discovery is warranted. *See* Fed. R. Civ. P. 26(c). Defendant's unopposed motion is therefore **GRANTED**.

Discovery in this matter is stayed until the Court rules on the pending motion to dismiss.

**SO ORDERED,** this 20TH day of December, 2016.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA